**Electronically Filed
Supreme Court
SCWC-19-0000726
23-MAR-2022
08:20 AM
Dkt. 8 ODAC**

SCWC-19-0000726

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN
INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE,
SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES I TRUST,
ASSET-BACKED CERTIFICATES, SERIES 2006-AQ1,
Respondent/Plaintiff-Appellee,

vs.

MALIA LYNN OLIVAS,
Petitioner/Defendant-Appellant,

and

ARGENT MORTGAGE COMPANY, LLC; CAPITAL ONE BANK (USA), N.A.;
Respondents/Defendants-Appellees.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000726; CIV. NO. 1CC151002491)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on February 10, 2022, is hereby rejected.

DATED: Honolulu, Hawai'i, March 23, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

